In the Matter of GOLDIE WILLOUGHBY, Appellant, v MARTIN P. MURPHY et al., Respondents.

Submitted September 22, 2008; decided November 24, 2008

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.